UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY D. JONES,<br><br>                     Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, JOHN ALDANA, D. WALLACE, DAN PACHOLKE, LORI LAWSON,<br><br>                     Defendants. | No. C13-5084 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion to dismiss (ECF No. 29) is **GRANTED as to:** Plaintiff's claims against D. Wallace, State of Washington, Department of Corrections, Defendant John Aldana in his official capacity as OCC Superintendent, and Defendant Dan Pacholke in his official capacity as DOC Assistant Secretary.

    (3)    The remainder of Defendants' motion to dismiss (ECF No. 29) is **DENIED.** Plaintiff shall file a second amended complaint **within forty-five days of this Order,** pleading facts, if any, to support his remaining claims.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(4)     This matter is re-referred to Magistrate Judge Karen L. Strombom for further proceedings.

**DATED** this 20th day of September, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2